UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60704-BB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL L. MEYER,

    Defendant.
_____/

**DECLARATION OF CASEY S. SMITH**

1. I am employed as a trial attorney for the U.S. Department of Justice, Tax Division. As part of my duties, I have been assigned to represent the United States in the above-captioned case.

2. I have personal knowledge of the facts set forth in this declaration.

3. This declaration is submitted in connection with the United States' Motion for Leave to Take More than 10 Depositions.

4. On May 23, 2018, the United States issued 98 subpoenas for documents to witnesses who participated in Meyer's abusive tax shelter, seeking approximately 74 different categories of documents.

5. When the United States brought an issue to the attention of opposing counsel about Meyer's correspondence with witnesses who received subpoenas, Meyer agreed to voluntarily send e-mails to the scheme participants and to financial planners to whom he communicated about the subpoena, informing them to disregard his correspondence.

6. On July 5, 2018, Meyer served his initial disclosures.

7. Meyer's initial disclosures lists 11 "financial planners and other industry contacts with whom Meyer communicated in connection with the tax plan described in the Complaint" and those financial planners were from either California, Maryland, Ohio, or Tennessee.

8. Meyer's initial disclosures lists 4 "directors and officers of the charities identified in the government's complaint" who are all from Indiana.

9. Meyer's initial disclosures lists 310 "clients who participated in the plan described in the Complaint, and their addresses." Those clients each reside in 1 of 33 different states. Five of the 310 clients live within the Southern District of Florida. Nine of the 310 clients live in Florida but more than 100 miles from any U.S. Courthouse in the Southern District of Florida.

10. Attached to this declaration as **Exhibit A** is a true and correct copy of an e-mail produced to the United States in response to one of the subpoenas for documents that the United States issued to a scheme participant.

11. Attached to this declaration as **Exhibit B** is a true and correct copy of a PowerPoint presentation that was produced to the United States in response to one of the subpoenas for documents that the United States issued to a scheme participant.

//
//
//
//
//
//
//

12.     Attached to this declaration as **Exhibit C** is a true and correct copy of an attachment to a third-party subpoena for documents that the United States issued to a scheme participant.  The same or similar attachment was attached to 97 other third-party subpoenas for documents that the United States issued to scheme participants.

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746(2).  Executed in Washington, D.C. on this 18th day of July, 2018.

                                         */s/ Casey S. Smith*
                                         CASEY S. SMITH
                                         Florida Special Bar #: A5502312
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 7238
                                         Washington, D.C. 20044
                                         202-307-0715 (v)
                                         202-514-6770 (f)
                                         Casey.S.Smith@usdoj.gov