# The ULTIMATE Plan

## The Ultimate Tax, Estate and Charitable Giving Plan

*Michael L. Meyer, CPA, MBA, JD, CVA*
*Attorney-at-law*



| **Financial Planning** | **Charitable Planning** | **Estate Planning** |
|---|---|---|



# *Charitable Planning makes it possible to…*

  

| **Increase benefits to donor & family** | **Increase Charitable Gifts** | **Reduce Taxes** |
|---|---|---|

# ULTIMATE Charitable LLC



*Client forms <u>perpetual</u> LLC which  he controls as Manager.*

# ULTIMATE Charitable LLC



*S Corp funds LLC with sale assets and receives back a 100% LLC Interest. Client is controlling Manager of LLC.*

# ULTIMATE Charitable LLC

**LLC Manager**

**LLC**

**100% Non-Managing Member**

**Client**

**S Corp.**

**Charity/Donor Advised Fund**

*S Corp. donates 100% Non-Managing Member Interest to Charity/Donor Advised Fund*

# ULTIMATE Donor Control



**LLC Manager**

**LLC**

**Client**

**100% Non-Managing Member**

**Charity**

*LLC Agreement elects Client*
*as the controlling Manager for life*

# Minimize Income Tax

The Charitable LLC is a LLC with the Donor as Manager and Client-owned S-Corp as initial Member. Client-owned S-Corp contributes assets to the LLC and receives back units which are then gifted to the Charity. S-Corp./Client will receive an income tax charitable deduction equal to the appraised value of the Charity's non-managing Member Interest.

| | |
|---|---|
| **Contribution to LLC** | **$1,000,000** |
| **Approximate Charitable Deduction** | **$800,000** |
| **Tax bracket assumed** | **45%** |

## *Income Tax Savings $360,000!!*

# Minimize Capital Gains Tax

LLC is a pass-through entity and all investment income and gains are allocated to the member charity who is *exempt from paying tax*

**Capital Gain on sale of Asset**      **$1,000,000**

**Tax Rate (Cap. Gain)**                      **35%**

*Tax Savings*
*$350,000!!*

# Eliminate Estate Tax

LLC is owned 100% by the Charity which
**will exclude the asset(s) in the LLC from
Estate or Gift Tax!**

**Estate tax value of Asset**                    **$1,000,000**
**Estate Tax Rate**                                        **45%**

## *Tax Savings*
## *$450,000!!*

# Ultimate Charitable LLC



**Client**

**Charitable LLC loans/sells to Client or Family Trust**

# Ultimate Charitable LLC



*Client pays1% minimum Note interest payment to LLC.  LLC distributes payment to Donor's favorite*
*charity through Donor Advised Fund.*

# Ultimate Charitable LLC

## *(LOAN PAYBACK STRATEGY)*

*Client purchases and owns life policy on family member(s).  Life policy benefits will lower loan interest rate and provide collateral for payback of loan.*

**Client/Trust**

*Insured can be younger family member which reduces premium cost and increases flexibility.*

**Life Policy**

# Ultimate Charitable LLC



*Client's estate receives death benefit which it will pay to LLC to satisfy all or a portion of the loan.  LLC distributes payment to Donor's favorite charity through Donor Directed Charity.*

# The ULTIMATE Benefits

*Assets contributed are tax deductible*

*Assets contributed grow tax free*

*Assets contributed are excluded from gift and estate tax*

*Client/Family receive tax free income via loans*

*Assets contributed are creditor protected*

*Client and heirs maintain managing control of their assets*

*Client's favorite charity receives gifts*

## *PLAN - LEGAL AUTHORITY*

*Revenue Ruling 60-352 (Charitable Deduction)*

*Revenue Ruling 75-194 (Charitable Deduction)*

*Petter v. IRS (T.C. Memo 2009 (Charitable Deduction)*

*Treas. Reg. 1.704-1(e)(1) (Charity bona fide LLC Member)*

*Todd v. IRS T.C. Memo 2011-123 (Loan )*

*Rev. Ruling 73-301 - Treas. Reg. 1.731-1(c)(2) (Loan)*