Exhibit B

Page 1

IN THE COURT OF COMMON PLEAS

MONTGOMERY COUNTY, OHIO

\* \* \*

CHARLES L. HUBER, et al.,

    Plaintiffs,

    vs.            CASE NO. 2014 CV 00090

LINCOLN BENEFIT LIFE

COMPANY, et al.,

    Defendants.

\* \* \*

    Deposition of MICHAEL L. MEYER, Witness herein, called by the Plaintiffs for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Monica K. McBee, a Notary Public in and for the State of Ohio, at the offices of Freund, Freeze & Arnold, One South Main Street, Suite 1800, Dayton, Ohio, on Tuesday, April 26, 2016, at 9:11 o'clock a.m.

\* \* \*

Page 29

```
 1            A.   Right, that's fair.
 2            Q.   So just so you are comfortable, if
 3   you and I are talking about a char-flip, I'm
 4   not ascribing any description in the complaint
 5   to what you and I are talking about today,
 6   okay?
 7            A.   Okay.  That's fair, that's fair.
 8            Q.   So whether you call it a char -- a
 9   charitable family limited partnership or a
10   charitable LLC, that product or design or plan
11   is something you have been promoting since
12   1998?
13            A.   Yes.
14            Q.   And you have always done that in
15   your individual capacity as Michael Meyer?
16            A.   I worked for a law firm in 1998,
17   that's where it started.  And then in 1999, I
18   went on my own.  And since 1999, it's been me
19   individually, just to clarify.
20            Q.   What was the name of the law firm?
21            A.   It was Sheffer, Hutchinson, Kenny.
22   That's S H E F F E R, Hutchinson, Kenny.  It
23   was a Kentucky based firm that had one office
24   in Evansville.  That's -- I don't know if they
25   are even a firm anymore, but that's what it was
```

Huber, Charles L., et al.  v. Lincoln Benefit Life Company, et al.                                    Michael L. Meyer

Page 30

```
 1   then.
 2          Q.    Sure.  So you worked for the law
 3   firm for a year in '98 and then went out on
 4   your own in '99?
 5          A.    Right.
 6          Q.    And have been promoting this plan
 7   ever since?
 8          A.    Yes.
 9          Q.    Who is your target market, your
10   target audience?
11          A.    The target market is individuals
12   who are in -- or will be in fairly high tax
13   brackets who are going to be faced with some
14   sort of event that's going to result in a large
15   taxable event.  That could be income taxes,
16   capital gains, estate taxes, or any of those
17   types of situations.
18          Q.    And do you market your services
19   directly to the individuals or do you market
20   your services to financial planner types or
21   both?
22          A.    Financial planner types would be
23   correct, insurance agents, some CPAs,
24   attorneys.  They are my contacts who refer me
25   clients.
```