Exhibit
C

# Exhibit C

The United States is aware of the following twenty-four (24) Tax Court cases in which scheme participants conceded the purported benefits associated with Meyer's scheme through stipulated decisions.

1. *Booth Heritage Limited Partnership, John Booth, A Partner Other Than the Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 017340-12 (T.C. January 14, 2014)

2. *John M. Booth v. Commissioner of Internal Revenue*, Docket No. 005481-13 (T.C. February 5, 2014)

3. *John Charles Hamilton & Lindann Leone Hamilton v. Commissioner of Internal Revenue*, Docket No. 017403-12 (T.C. January 16, 2014)

4. *Jeffrey S. Catanzarite v. Commissioner of Internal Revenue*, Docket No. 030013-13 (T.C. September 9, 2014)

5. *Fink Heritage, LP, Fink Enterprises, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 026449-13 (T.C. February 6, 2015)

6. *Dietrich H. Ganzer & Maria V. Ganzer v. Commissioner of Internal Revenue*, Docket No. 010471-13 (T.C. July 1, 2014)

7. *Dietrich H. Ganzer & Maria V. Ganzer v. Commissioner of Internal Revenue*, Docket No. 010470-13 (T.C. July 1, 2014)

8. *Vilma and Dietrich Limited, Ganzer Enterprises, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 010468-13 (T.C. August 8, 2014)

9. *Vilma and Dietrich Limited, Ganzer Enterprises, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 010469-13 (T.C. August 12, 2014)

10. *Leonard J. Lombardo v. Commissioner of Internal Revenue*, Docket No. 010110-13 (T.C. September 16, 2014)

11. *Lombardo Heritage Limited Partnership, Lombardo GP, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 010467-13 (T.C. September 18, 2014)

12. *Lombardo Heritage Limited Partnership, Lombardo GP, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 011847-13 (T.C. September 18, 2014)

13. *Marshall E. McAlpine & Lora A. McAlpine a.k.a. Lora Garabedian v. Commissioner of Internal Revenue*, Docket No. 009326-13 (T.C. March 10, 2014)

14. *Marshall E. McAlpine & Lora A. McAlpine v. Commissioner of Internal Revenue*, Docket No. 009320-13 (T.C. February 6, 2014)

15. *Norman Pressley & Barb Finn Pressley v. Commissioner of Internal Revenue*, Docket No. 014591-13 (T.C. November 2, 2015)

16. *Norman Pressley & Barb Finn Pressley v. Commissioner of Internal Revenue*, Docket No. 016787-14 (T.C. November 2, 2015)

17. *Pressley Heritage LP, Norm & Barbara Pressley, LLC, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 002215-14 (T.C. November 2, 2015)

18. *John R. & Sharon K. Robinson v. Commissioner of Internal Revenue*, Docket No. 012765-12 (T.C. January 14, 2014)

19. *John R. Robinson & Sharon K. Robinson v. Commissioner of Internal Revenue*, Docket No. 004626-13 (T.C. January 14, 2014)

20. *Robinson Heritage Limited Partnership, John R. Robinson, A Partner Other Than the Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 017341-12 (T.C. February 25, 2014)

21. *Harold L. & Cornelia O. Estes v. Commissioner of Internal Revenue*, Docket No. 008880-13 (T.C. September 23, 2013)

22. *Rummell Family Holdings, LLC, Rummell Family Gift Trust, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 012954-13 (T.C. November 26, 2014)

23. *Rummell Family Holdings, LLC, Rummell Family Gift Trust, Tax Matters Partner v. Commissioner of Internal Revenue*, Docket No. 027736-13 (T.C. May 26, 2016)

24. *Clara Adkins v. Commissioner of Internal Revenue*, Docket No. 027300-13 (T.C. November 21, 2014)