ORIGINAL

Exhibit D

# UNITED STATES TAX COURT

| | | |
|---|---|---|
| RUMMELL FAMILY HOLDINGS, LLC, | ) | |
| RUMMELL FAMILY GIFT TRUST, TAX | ) | |
| MATTERS PARTNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 27736-13 |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| | ) | |
| Respondent. | ) | |

## DECISION

Pursuant to Rule 248(a) of the Tax Court Rules of Practice and Procedure, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Rummell Family Holdings, LLC for the taxable year 2008:

### December 31, 2008

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Portfolio income (loss) interest | $4,178.00 | $4,178.00 |
| Portfolio income (loss) qualified dividends | $3,567.00 | $3,567.00 |
| Portfolio income (loss) ordinary dividends | $8,267.00 | $8,267.00 |
| Portfolio income (loss) royalties | $1,035,000.00 | $1,035,000.00 |
| Charitable contributions 50 percent | $5,077.00 | $101,802.00 |
| Investment income included in portfolio income | $1,047,445.00 | $1,047,445.00 |
| Distributions - cash and marketable securities | $105,922.00 | $105,922.00 |

SERVED May 26 2016

Docket No. 27736-13
**Allocation Item**

That the amounts allocated to each partner's share of income, credits, deductions and capital account have been redetermined and that such amounts are as follows:

December 31, 2008

| Portfolio income (loss) interest | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $209.00 | $0.00 |
| National Endowment Association, Inc. | $3,969.00 | $0.00 |
| Scott Rummell | $0.00 | $4,178.00 |

| Portfolio income (loss) qualified dividends | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $178.00 | $0.00 |
| National Endowment Association, Inc. | $3,389.00 | $0.00 |
| Scott Rummell | $0.00 | $3,567.00 |

| Portfolio income (loss) ordinary dividends | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $413.00 | $0.00 |
| National Endowment Association, Inc. | $7,854.00 | $0.00 |
| Scott Rummell | $0.00 | $8,267.00 |

| Portfolio income (loss) royalties | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $51,750.00 | $0.00 |
| National Endowment Association, Inc. | $983,250.00 | $0.00 |
| Scott Rummell | $1,035,000.00 | $1,035,000.00 |

Docket No. 27736-13

| Charitable Contributions 50 percent | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $5,077.00 | $0.00 |
| National Endowment Association, Inc. | $0.00 | $0.00 |
| Scott Rummell | $0.00 | $101,802.00 |

| Investment income included in portfolio income | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $52,372.00 | $0.00 |
| National Endowment Association, Inc. | $995,073.00 | $0.00 |
| Scott Rummell | $0.00 | $1,047,445.00 |

| Distributions of cash and marketable securities | As Reported | As Determined |
|---|---|---|
| Rummell Family Gift Trust | $5,300.00 | $0.00 |
| National Endowment Association, Inc. | $100,692.00 | $0.00 |
| Scott Rummell | $0.00 | $105,992.00 |

That the accuracy-related penalty under I.R.C. § 6662(a) does not apply to the underpayments of tax attributable to adjustments of partnership items of Rummell Family Holdings, LLC for the taxable years 2008.

*[signature]*
Judge

Entered: **MAY 26 2016**

\*   \*   \*   \*   \*

It is hereby stipulated that the Court may enter the foregoing decision pursuant to Tax Court Rule 248(a).

USPROD-0000811

Docket No. 27736-13

It is further stipulated that the undersigned Tax Matters Partner of Rummell Family Holdings, LLC for the taxable year 2008, by executing this stipulation, consents to the entry of the foregoing decision in this case and certifies that no party objects.

Rummell Family Gift Trust
TAX MATTERS PARTNER

By: _____
Scott Rummell
Trustee

Date: 5-2-16


_____
MICHAEL L. MEYER
Office of Michael L. Meyer
Counsel for Petitioner
Tax Court Bar No. MM1062
10848 Scouts Way
Evansville, IN 47725
Telephone: (812) 491-9373

Date: 5-2-16

WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service

By: _____
MICHAEL S. HENSLEY
Attorney
(Small Business/Self-Employed)
Tax Court Bar No. HM0563
Suite 901
701 B Street
San Diego, CA 92101
Telephone: (619) 744-7115

Date: MAY 19 2016