UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60704-BLOOM/VALLE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL L. MEYER,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Plaintiff United States of America's ("Plaintiff") Motion to Strike Defendant's Jury Demand, ECF No. [33], and Plaintiff's Motion to Strike Defendant's Affirmative Defenses, ECF No. [34], (collectively, the "Motions"). On October 10, 2018, the Motions were referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for Report and Recommendation, ECF No. [38]. On March 21, 2019, Judge Valle issued a Report and Recommendation (the "Report"), recommending that the Motions be granted. *See* Report, ECF No. [88]. The Report advised the parties that objections to the Report must be filed within fourteen days. *Id.* at 11. Thus, any objections were required on or before April 4, 2019. On April 3, 2019, Defendant Michael L. Meyer ("Defendant") filed an unopposed motion for extension of time to file objections by April 18, 2019. ECF No. [91]. The Court granted the Defendant' motion that same day. ECF No. [92].

To date, neither party has filed any objections, nor have they sought any further extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Valle's


Case No. 18-cv-60704-BLOOM/VALLE

Report, the record, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Valle's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Valle's Report and Recommendation, and it is accordingly **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [88]**, is **ADOPTED**;

2. The Motion to Strike Defendant's Jury Demand, **ECF No. [33]**, is **GRANTED**.

3. Defendant's Jury Demand asserted in his Answer, **ECF No. [32]**, is **STRICKEN**.

4. The Motion to Strike Affirmative Defenses, **ECF No. [34]**, is **GRANTED**.

5. The Affirmative Defenses asserted by Defendant in his Answer, **ECF No. [32]**, are **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of April, 2019.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Alicia O. Valle

Counsel of Record